IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KHANIS-ORION MORNINGSTAR**
**ADC# 164590**                                                                                                    **PLAINTIFF**

V.                              CASE NO. 4:19-CV-12-BSM-BD

**JAY BATTLE,** *et al*.                                                                                             **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.    Procedure for Filing Objections:**

This Recommended Disposition (Recommendation) has been sent to Chief Judge Brian S. Miller. Plaintiff Khanis-Orion Morningstar may file written objections with the Clerk of Court. To be considered, objections must be filed within 14 days. Objections should be specific and should include the factual or legal basis for the objection.

If Mr. Morningstar does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Chief Judge Miller can adopt this Recommendation without independently reviewing the record.

**II.   Discussion:**

Mr. Morningstar is an inmate in the Arkansas Department of Correction (ADC). He filed this case without the help of a lawyer under 42 U.S.C. § 1983 and is proceeding *in forma pauperis*. (Docket entries #2, #5)

Mr. Morningstar did not include enough information in his complaint for the Court to determine whether he could state a federal claim for relief. (#2) For that reason, he was ordered to file an amended complaint within 30 days of January 28, 2019, to add critical

facts. (#5) To date, Mr. Morningstar has failed to supplement his complaint, and the time for amending his complaint has passed. The Court specifically cautioned Mr. Morningstar that his claims could be dismissed if he failed to comply with the Court's Order to file an amended complaint. (#5)

### III.  Conclusion:

The Court recommends that Mr. Morningstar's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's January 28, 2019 Order that required him to file an amended complaint.

DATED this 4th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE