# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KHANIS-ORION MORNINGSTAR**  **PLAINTIFF**
**ADC #164590**

v.  CASE NO. 4:19-CV-00012 BSM

**JAY BATTLE et al.**  **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Beth Deere's recommended disposition [Doc. No. 6] is adopted, and plaintiff Khanis-Orion Morningstar's complaint [Doc. No. 2] is dismissed without prejudice for failure to meet the deadline to amend his complaint. If Morningstar wishes to proceed, he must file a new complaint and either pay the filing fee or move to proceed *in forma pauperis* in a new lawsuit. A certificate of appealability will not issue, and an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 25th day of March 2019.

_____
UNITED STATES DISTRICT JUDGE